

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00136-CV

Dennis **BULLOCK**,
Appellant

v.

**VILLAS AT ECHO EAST, LP**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV08185
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are not assessed against appellant because he qualifies as indigent.

SIGNED May 28, 2025.

_____
Irene Rios, Justice